IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00041-MSK-MEH

JONATHAN D. STAPP and
RAE M. STAPP,

    Plaintiffs,

v.

PHH MORTGAGE CORPORATION, d/b/a ERA Mortgage,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2013.**

    The Joint Motion to Amend the Civil Scheduling Order [filed June 12, 2013; docket #19] is **granted**. For good cause shown, the Court will extend the deadline for joinder of parties and amendment of pleadings through and including **August 30, 2013**. All other deadlines remain in effect.