IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00041-MSK-MEH

JONATHAN D. STAPP; and
RAE M. STAPP,

      Plaintiffs,

v.

PHH MORTGAGE CORPORATION, doing business as ERA Mortgage,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Motion to Dismiss Case Without Prejudice (Motion) **(#39)** filed July 8, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted between the parties are hereby dismissed without prejudice.

DATED this 8th day of July, 2014.

                                        BY THE COURT:

                                        *Marcia S. Krieger* (signature)

                                        Marcia S. Krieger
                                        United States District Court